IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 20-40185-7 |
| JAMIE LYNN BAUMGARTNER | ) | |
| TROY LYNN BAUMGARTNER | ) | |
| Debtors. | ) | |

NOTICE OF RECOVERY OF ASSETS
AND REQUEST FOR NOTICE TO CREDITORS

COMES NOW the Chapter 7 Trustee in the above-captioned matter and states that he has recovered assets or discovered potential assets believed to have a value sufficient to warrant administration. The Trustee further states as follows:

1. The above-captioned case was previously noticed as a no-asset case.

2. The Trustee requests that the Clerk re-notice the above-captioned case as an asset case and set a deadline for the filing of claims in order that the case may be properly and expeditiously administered.

DATED: July 21, 2020

Respectfully Submitted,

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
REDMOND LAW FIRM, LLC
6731 W. 121st Street, Suite 226
Overland Park, Kansas 66209
Telephone: (913) 312-5675
Fax: (913) 312-5841
christopher.redmond@christopherredmondlawfirm.com

1 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of this document was served as follows:

  X    upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Troy A. Berberick on behalf of Debtor Jamie Lynn Baumgartner
berbericklawoffice@gmail.com, G29823@notify.cincompass.com

Troy A. Berberick on behalf of Joint Debtor Troy Lynn Baumgartner
berbericklawoffice@gmail.com, G29823@notify.cincompass.com

and, any and all other parties, if any, participating in the CM/ECF system in this matter as shown within the receipt generated at the time of the filing of this Notice.

*s/ Cynthia Houser*