IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-40385-7 |
| JAMIE LYNN BAUMGARTNER ) | |
| TROY LYNN BAUMGARTNER ) | |
| Debtors. ) | |

## MOTION TO APPROVE STIPULATION AND AGREEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9019, BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND THE DEBTORS

Christopher J. Redmond, Chapter 7 Trustee of the above-captioned bankruptcy estate of Jamie Lynn Baumgartner and Troy Lynn Baumgartner, by and through his counsel of record, and moves this Court for an Order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving a Stipulation and Agreement by and between the Chapter 7 Trustee and the Debtors herein ("Settlement") and in support of this Motion, states as follows:

1. Jamie Lynn Baumgartner and Troy Lynn Baumgartner (the "Debtor") filed for relief under Chapter 7, Title 11, U.S.C. on May 18, 2020, and Christopher J. Redmond was appointed as the Chapter 7 Trustee of this bankruptcy estate (the "Trustee").

2. This Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 and 1334 and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtors, Jamie Lynn Baumgartner and Troy Lynn Baumgartner, at the time of the filing of this bankruptcy proceeding, were receiving Per Capital payments from the Prairie Band Potawatomi Tribe on a quarterly basis.

4. The Trustee and the Debtors have reached an agreement regarding this income stream which is non-exempt property of the bankruptcy estate.

5. The Debtors agree to turn over to the Trustee for administration eight (8) quarters of the Per Capital payments from the Prairie Band Potawatomi Tribe, beginning with the

third quarter of 2020 (ending September 30, 2020) and ending with the second quarter of 2022 (ending June 30, 2022).

6. The parties' Stipulation And Agreement is attached hereto as Exhibit "A" which sets out parties' agreement, which is subject to and conditioned upon authority and approval by this Court.

WHEREFORE, the Trustee requests that this Court enter an Order approving the Stipulation and Agreement by and between the Trustee and the Debtors, Jamie Lynn Baumgartner and Troy Lynn Baumgartner, and for such other and further relief as the Court deems just and proper.

DATED: August 4, 2020

Respectfully Submitted:

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #07307
REDMOND LAW FIRM, LLC
6731 W. 121st St., Suite 226
Overland Park, KS 66209
Telephone: 913-312-5675
Fax: 913-312-5841
christopher.redmond@christopherredmondlawfirm.com
*ATTORNEY FOR THE CHAPTER 7 TRUSTEE*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

__X__ upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Troy A. Berberick on behalf of Debtor Jamie Lynn Baumgartner
berbericklawoffice@gmail.com, G29823@notify.cincompass.com

Troy A. Berberick on behalf of Joint Debtor Troy Lynn Baumgartner
berbericklawoffice@gmail.com, G29823@notify.cincompass.com

and, any and all other parties, if any, participating in the CM/ECF system in this matter, as evidenced by the receipt generated at the time of the filing of this document.; and

__X__ via United States Mail, postage prepaid to all parties of interest as shown within the creditor matrix attached to this Motion on file with the Court.

*s/ Cynthia Houser*