IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
) Case No. 20-40285-7
JAMIE LYNN BAUMGARTNER )
TROY LYNN BAUMGARTNER )
          Debtors. )

## STIPULATION AND AGREEMENT BY AND BETWEEN CHRISTOPHER J. REDMOND, CHAPTER 7 TRUSTEE AND THE DEBTORS, JAMIE LYNN BAUMGARTNER AND TROY LYNN BAUMGARTNER

WHEREAS, on May 18, 2020, Jamie Lynn Baumgartner and Troy Lynn Baumgartner (the "Debtors") filed for relief under Chapter 7 of the United States Bankruptcy Code, Title 11, U.S.C., and this matter remains open and pending in the United States Bankruptcy Court for the District of Kansas, Case No.20-40285;

WHEREAS, Christopher J. Redmond was appointed the Chapter 7 Trustee of this bankruptcy estate (the "Trustee");

WHEREAS, at the time of the filing of this bankruptcy proceeding, the Debtors were receiving Per Capita payments from the Prairie Bank Potawatomi Tribe on a quarterly basis;

WHEREA, the parties have reach an agreement regarding this income stream which is non-exempt property of the bankruptcy estate;

SUBJECT TO AND CONTINGENT UPON the approval of this Stipulation And Agreement by the United States Bankruptcy Court, after proper notice and opportunity for hearing, in consideration of the mutual promises, covenants and conditions contained herein, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the parties herein agree to the following terms and conditions, to-wit:

    1. The Trustee and the Debtors, Jamie Lynn Baumgartner and Troy Lynn Baumgartner, agree as follows:

a. The Debtors agree to turn over to the Trustee the Per Capita payments as received from the Prairie Bank Potawatomi Tribe, together with any payment advises and year end 1099s.

b. The Debtors further agree that in the event they receive any notices concerning non-payment for any quarter, they will provide a copy of the same to the Trustee.

c. The Trustee and the Debtors agree that any and all Per Capita payments received by the Debtors will be turned over to the Trustee, beginning with the third quarter of 2020 (ending September 30, 2020), and continuing thereafter for a period of eight (8) quarters, ending with the second quarter of 2022 (June 30, 2022).

d. These payments should be delivered to the Trustee as follows:

> Christopher J. Redmond, Trustee
> Redmond Law Firm LLC
> 6731 W. 121st St., Suite 226
> Overland Park, KS 66209.

e. This Stipulation and Agreement is subject to and conditioned upon approval by this Court.

f. The Debtors, Jamie Lynn Baumgartner and Troy Lynn Baumgartner, shall make no claim to said funds which make up this Stipulation And Agreement.

IN WITNESS WHEREOF, the parties have executed this Stipulation And Agreement on the date herein below set forth.

_____        Date: 8/3/2020
CHRISTOPHER J. REDMOND
Trustee of the Bankruptcy Estate of
Jamie Lynn Baumgartner and Troy Lynn Baumgartner

ACKNOWLEDGMENT

We, hereby acknowledge that we have read or had read to us the terms and conditions set forth hereinabove; acknowledge that we have had benefit of counsel; and acknowledge that the statements made herein are true and correct to our information and belief; and we hereby accept and agree to the terms and conditions, as well as the time frames set out for payment, as set forth herein and fully understand the same.

Date: 07/29/2020    */s/ Jamie Lynn Baumgartner*
JAMIE LYNN BAUMGARTNER

Date: 07/29/2020    */s/ Troy Baumgartner*
TROY LYNN BAUMGARTNER