Label Matrix for local noticing
1083-5
Case 20-40385
District of Kansas
Topeka
Tue Aug  4 10:09:09 CDT 2020

| | | |
|---|---|---|
| Envista Credit Union<br>3626 SW Wanamaker<br>Topeka, KS 66614-4528 | Topeka Divisional Office<br>240 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592 | |

ALLtran Finanacial LP
PO Box 722929
Houston TX  77272-2929

(c)AMERICAN CORADIUS INTERNATIONAL LLC
37 RUST LN
BOERNE TX  78006-8288

Anesthesia Associates Of Topeka PA
823 SW Mulvane St Ste 210
Topeka KS  66606-1679

Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa FL  33634-2413

Berlin Wheeler Inc
PO Box 479
Topeka KS  66601-0479

Best Buy/CBNA
PO Box 6497
Sioux Falls SD  57117-6497

Blitt and Gaines PC
6804 W 107th St Ste 150
Overland Park KS 66212-1759

CBCS
PO Box 2589
Columbus OH  43216-2589

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
Saint Louis MO  63179-0034

Citibank North America
Citibank SD MC
425 5800 South Corp Pl
Sioux Falls SD  57101

City of Topeka
215 SE 7th St
Topeka KS  66603-3973

Computer Credit Inc
PO Box 5238
Winston Salem NC  27113-5238

Creditors Service Bureau Inc
3410 SW Van Buren St
Topeka KS 66611-2479

Direct TV
PO Box 3427
Bloomington IL 61702-3427

Downing Septic Blue Sky
2919 NE Grant St
Topeka KS  66616-1577

Envista Credit Union
Attn: Bankruptcy
3626 SW Wanamaker Rd
Topeka KS  66614-4528

FedLoan Servicing
Attn: Bankruptcy
PO Box 69184
Harrisburg PA  17106-9184

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

Jamie Gruber
3618 SW Skyline Pkwy Apt F
Topeka KS  66614-3856

KS Child Support Enforcement
915 SW Harrison
Topeka KS 66612-1505

Robert Downing
2919 NE Grant St
Topeka KS  66616-1577

Stormont-Vail Health
1500 SW 10th Ave
Topeka KS 66604-1353

Topeka Pathology Group PA
PO Box 117
Topeka KS  66601-0117

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

US Bank/Dillons
Attn: Bankruptcy
PO Box 5229
Cincinnati OH  45201-5229

Usaa Federal Savings Bank
Attn: Bankruptcy
10750 W Interstate 10
San Antonio TX  78288-1600

Zimmerman & Zimmerman PA
909 SE Quincy St
Topeka KS  66612-1115

Christopher J Redmond
Redmond Law Firm, LLC
6731 West 121st St., Suite 226
Overland Park, KS 66209-2003

Jamie Lynn Baumgartner
5043 SW 69th St
Auburn, KS 66402-9589

Troy A. Berberick
Berberick Law, LLC
2900 SW Wanamaker Dr., Suite 204
Topeka, KS 66614-4188

Troy Lynn Baumgartner
5043 SW 69th St
Auburn, KS 66402-9589

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

American Coradius International LLC
35A Rust Ln
Boerne TX 78006-8202

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33